# United States Bankruptcy Court
## Northern District of California

In re **Becky A McFarland**　　　　　　　　　　Case No. **10-70757**
　　　　　　　　　　　Debtor(s)　　　　　　　Chapter **7**

# AMENDMENT COVER SHEET

Amendment(s) to the following petition, list(s), schedule(s) or statement(s) are transmitted herewith:
**Amend Schedule B and C**

## NOTICE OF AMENDMENT(S) TO AFFECTED PARTIES

Pursuant to Federal Rule of Bankruptcy Procedure 1009(a), I certify that notice of the filing of the amendment(s) listed above has been given this date to any and all entities affected by the amendment as follows:

Date: **October 8, 2010**　　　　　**/s/ Steven Jacobs**
　　　　　　　　　　　　　　　　　　**Steven Jacobs 76871**
　　　　　　　　　　　　　　　　　　Attorney for Debtor(s)
　　　　　　　　　　　　　　　　　　**Law Offices of Steven Jacobs, Inc.**
　　　　　　　　　　　　　　　　　　**14895 E. 14th Street #390**
　　　　　　　　　　　　　　　　　　**San Leandro, CA 94578**
　　　　　　　　　　　　　　　　　　**(510) 357-1499 Fax:(510) 357-5838**

B6B (Official Form 6B) (12/07)

.

In re  **Becky A McFarland**  ,  Case No.  **10-70757**
Debtor

# SCHEDULE B - PERSONAL PROPERTY - AMENDED

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | NONE | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | X | | | |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Provident Credit Union Checking acct. #ending 9551** | - | 3,500.00 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | | **General Furnishings** | - | 1,500.00 |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. | Wearing apparel. | | **Personal Possessions** | - | 600.00 |
| 7. | Furs and jewelry. | | **Jewelry** | - | 200.00 |
| 8. | Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. | Annuities. Itemize and name each issuer. | X | | | |

|  | Sub-Total > | **5,800.00** |
|---|---|---|
|  | (Total of this page) |  |

__3__ continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re **Becky A McFarland**, Case No. **10-70757**
Debtor

# SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **Thirvent IRA** **acct. #ending9160** **acct. #ending4692** **In plan administrator possession** | - | 1,286.41 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | | **Inheritance of 14 acres in Franklin, LO** **In possession of the Estate** | - | 17,000.00 |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

Sub-Total >  **18,286.41**
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  **Becky A McFarland**                                                      ,  Case No.  **10-70757**

Debtor

# SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2004 VW Beatle Hatchback (95k mileage)** **Secured Creditors: Wfs Financial** **Claim amount: $ 12,623.00** | - | 5,540.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |

                                                                            Sub-Total >     **5,540.00**
                                                                           (Total of this page)

Sheet  **2**  of  **3**   continuation sheets attached
to the Schedule of Personal Property

In re **Becky A McFarland**, Case No. **10-70757**
Debtor

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 35. Other personal property of any kind not already listed. Itemize. | | **Shell Vacations Club**<br>**San Francicsco, CA**<br><br>**Secured Creditors: Equiant Financial Svcs**<br>**Claim amount: $13,604.00** | - | 11,000.00 |

Sub-Total > **11,000.00**
(Total of this page)
Total > **40,626.41**

Sheet **3** of **3** continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

In re **Becky A McFarland**, Case No. **10-70757**
Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED

Debtor claims the exemptions to which debtor is entitled under: ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box) $146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.)*
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| **Residence** | **C.C.P. § 703.140(b)(1)** | **1,000.00** | **224,351.00** |
| **2470 Fairway Dr., San Leandro, CA 94577** | | | |
| **Secured Creditors: Citimortgage Inc and Alameda County Tax Coll.** | | | |
| **Claim amount: $379,547.00** | | | |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **Provident Credit Union** | **C.C.P. § 703.140(b)(5)** | **3,500.00** | **3,500.00** |
| **Checking acct. #ending 9551** | | | |
| **Household Goods and Furnishings** | | | |
| **General Furnishings** | **C.C.P. § 703.140(b)(3)** | **1,500.00** | **1,500.00** |
| **Wearing Apparel** | | | |
| **Personal Possessions** | **C.C.P. § 703.140(b)(3)** | **600.00** | **600.00** |
| **Furs and Jewelry** | | | |
| **Jewelry** | **C.C.P. § 703.140(b)(4)** | **200.00** | **200.00** |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| **Thirvent IRA** | **C.C.P. § 703.140(b)(10)(E)** | **1,286.41** | **1,286.41** |
| **acct. #ending9160** | | | |
| **acct. #ending4692** | | | |
| **In plan administrator possession** | | | |
| **Equitable or Future Interests, Life Estates, etc.** | | | |
| **Inheritance of 14 acres in Franklin, LO** | **C.C.P. § 703.140(b)(5)** | **17,000.00** | **17,000.00** |
| **In possession of the Estate** | | | |
| | Total: | **25,086.41** | **248,437.41** |

__0__ continuation sheets attached to Schedule of Property Claimed as Exempt

**United States Bankruptcy Court**
**Northern District of California**

| | | | |
|---|---|---|---|
| In re | **Becky A McFarland** | Case No. | **10-70757** |
| | Debtor(s) | Chapter | **7** |

# PROOF OF SERVICE BY MAIL

I, **Saraly Oviedo**, declare that I am a resident of or employed in the County of **Alameda**, State of **CA**. My address is **Law Offices of Steven Jacobs 14895 E. 14th St., #390, San Leandro, CA 94578.** I am over the age of eighteen years of age and am not a party to this case.

On **October 8, 2010**, I served the Notice of Motion to **Amend Schedule B and C** on the parties listed below, by placing true and correct copies thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Mail at **San Leandro** addressed as follows:

**Fred Hjelmeset**
**P.O. Box 4188**
**Mountain View, CA 94040**
**Office of the US Trustee**
**1301 Clay Street, Suite 690N**
**Oakland, CA 94612**

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on **October 8, 2010**.

**Saraly Oviedo**
**SARALY OVIEDO**

Sworn and subscribed to before me this ___ day of ___, 20_.

**Notary Public**

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - www.bestcase.com                Best Case Bankruptcy